## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 16, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1787,   John Doe v. State of South Carolina
              2:24-cv-06420-RMG

TO:   South Carolina Department of Education
      Ellen Weaver
      Berkeley County School District
      Anthony Dixon
      South Carolina State Board of Education
      State of South Carolina

RESPONSE DUE: 07/23/2025

Response is required to the motion for an injunction pending appeal on or before 07/23/2025.

Cyndi Halupa, Deputy Clerk
804-916-2702