FILED: July 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1787
(2:24-cv-06420-RMG)

_____

JOHN DOE, a minor, by his parents and next friends; JIM DOE, parental natural guardian; JANE DOE, parental natural guardian

        Plaintiffs - Appellants

 and

THE ALLIANCE FOR FULL ACCEPTANCE

        Plaintiff

v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA STATE BOARD OF EDUCATION; SOUTH CAROLINA DEPARTMENT OF EDUCATION; BERKELEY COUNTY SCHOOL DISTRICT; ELLEN WEAVER, in her official capacity as South Carolina Superintendent of Education; ANTHONY DIXON, in his official capacity as Superintendent of Berkeley County School District

        Defendants - Appellees

_____

O R D E R
_____

Upon consideration of appellees' motion to extend the time to file a response

to appellants' motion for an injunction pending appeal, the court grants the motion and extends the deadline for filing the response to July 28, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk