# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 25-1787, Doe v. State of South Carolina |
| **Originating No. & Caption** | No. 2:24-cv-06420, Doe v. State of South Carolina |
| **Originating Court/Agency** | U.S. District Court for the District of South Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 30 days. FRAP 4(a)(1)(A). | | |
| Date of entry of order or judgment appealed | 07/08/2025 | | |
| Date notice of appeal or petition for review filed | 07/09/2025 | | |
| If cross appeal, date first appeal filed | N/A | | |
| Date of filing any post-judgment motion | N/A | | |
| Date order entered disposing of any post-judgment motion | N/A | | |
| Date of filing any motion to extend appeal period | N/A | | |
| Time for filing appeal extended to | N/A | | |
| Is appeal from final judgment or order? | | ○ Yes | ⦿ No |
| If appeal is not from final judgment, why is order appealable? | | | |
| The orders on appeal deny a motion for a preliminary injunction, and so are appealable per 28 U.S.C § 1292(a)(1). If necessary, the Court may exercise pendent jurisdiction to review the district court's denial of John Doe's motion to amend his complaint. | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ● Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ● No |
| Does case involve question of first impression? | ○ Yes | ● No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Five years ago, this Court held that a public school violates Title IX of the Education Amendments of 1972 and the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution when it bans transgender students from using restrooms that match their gender identities. In the summer of 2024, South Carolina passed such a ban as part of its annual budget. As a result, John Doe, a transgender student in Berkeley County, was suspended for using boys' restrooms and threatened with expulsion, and his parents withdrew him from public school. In November 2024, John, through his parents, filed a lawsuit on behalf of himself and a proposed class of transgender public school students, challenging the ban under Title IX and the Equal Protection Clause. He also moved for a preliminary injunction at that time. The district court did not rule on that motion. After South Carolina extended the ban in June 2025, John renewed his motion for a preliminary injunction, requesting relief before he returns to public school in August. In July, after the U.S. Supreme Court granted certiorari in a different case involving transgender students, the district court denied John's renewed motion for a preliminary injunction. It also stayed the case, foreclosing John from re-filing his preliminary injunction motion until after the Supreme Court decides the other case or concludes its 2025-2026 term. John now appeals from the denial of the preliminary injunction.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Is a South Carolina student entitled to a preliminary injunction of a state ban prohibiting transgender students like him from using public school restrooms aligned with their gender identities, in violation of Title IX and the Fourteenth Amendment's Equal Protection Clause? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: **See attached.** | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Adverse Parties (continued)** ||
|---|---|
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: See attached.<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Alexandra Z. Brodsky     **Date:** July 23, 2025

**Counsel for:** John Doe, by his parents and next friends Jim Doe and Jane Doe

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|   |   |
|---|---|
|   |   |

Signature:     Date:

# Attachment to Docketing Statement

## Adverse Parties

### State of South Carolina
Attorney: Joseph D. Spate
Address: South Carolina Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
E-mail: josephspate@scag.gov
Phone: (803) 734-3371

### South Carolina State Board of Education
Attorney: Miles E. Coleman
Address: 2 West Washington Street, Suite 400 Greenville, SC 29601
E-mail: miles.coleman@nelsonmullins.com
Phone: (864) 373-2300

Attorney: Joseph D. Spate
Address: South Carolina Office of the Attorney General
1000 Assembly St.
Columbia, SC 29201
E-mail: josephspate@scag.gov
Phone: (803) 734-3371

### South Carolina Department of Education
Attorney: Miles E. Coleman
Address: 2 West Washington Street, Suite 400 Greenville, SC 29601
E-mail: miles.coleman@nelsonmullins.com
Phone: (864) 373-2300

Attorney: Joseph D. Spate
Address: South Carolina Office of the Attorney General

|         |                          |
|---------|--------------------------|
|         | 1000 Assembly St.        |
|         | Columbia, SC 29201       |
| E-mail: | josephspate@scag.gov     |
| Phone:  | (803) 734-3371           |

**Berkeley County School District**

| Attorney: | Miles E. Coleman |
| Address:  | 2 West Washington Street, Suite 400 Greenville, SC 29601 |
| E-mail:   | miles.coleman@nelsonmullins.com |
| Phone:    | (864) 373-2300 |

| Attorney: | Brandon E. Gaskins |
| Address:  | Moore & Van Allen PLLC |
|           | 78 Wentworth Street |
|           | Charleston, SC 29401 |
| E-mail:   | gaskinsb@mvalaw.com |
| Phone:    | (843) 579-7038 |

**Ellen Weaver, in her official capacity as South Carolina Superintendent of Education**

| Attorney: | Miles E. Coleman |
| Address:  | 2 West Washington Street, Suite 400 Greenville, SC 29601 |
| E-mail:   | miles.coleman@nelsonmullins.com |
| Phone:    | (864) 373-2300 |

| Attorney: | Joseph D. Spate |
| Address:  | South Carolina Office of the Attorney General |
|           | 1000 Assembly St. |
|           | Columbia, SC 29201 |
| E-mail:   | josephspate@scag.gov |
| Phone:    | (803) 734-3371 |

**Anthony Dixon, in his official capacity as Superintendent of Berkeley County School District**

| Attorney: | Miles E. Coleman |

2

| | |
|---|---|
| Address: | 2 West Washington Street, Suite 400 Greenville, SC 29601 |
| E-mail: | miles.coleman@nelsonmullins.com |
| Phone: | (864) 373-2300 |

| | |
|---|---|
| Attorney: | Brandon E. Gaskins |
| Address: | Moore & Van Allen PLLC 78 Wentworth Street Charleston, SC 29401 |
| E-mail: | gaskinsb@mvalaw.com |
| Phone: | (843) 579-7038 |

## **Appellant**

### **John Doe, through his parents and next friends Jim Doe and Jane Doe**

| | |
|---|---|
| Attorney: | Alexandra Z. Brodsky |
| Address: | Public Justice 1620 L Street NW, Suite 630 Washington, DC 20038 |
| E-mail: | abrodsky@publicjustice.net |
| Phone: | (202) 797-8600 |

| | |
|---|---|
| Attorney: | Sean Ouellette |
| Address: | Public Justice 1620 L Street NW, Suite 630 Washington, DC 20038 |
| E-mail: | souellette@publicjustice.net |
| Phone: | (202) 797-8600 |

| | |
|---|---|
| Attorney: | Adele P. Kimmel |
| Address: | Public Justice 1620 L Street NW, Suite 630 Washington, DC 20038 |
| E-mail: | akimmel@publicjustice.net |
| Phone: | (202) 797-8600 |

Attorney: Patrick Archer
Address: Public Justice
1620 L Street NW, Suite 630
Washington, DC 20038
E-mail: parcher@publicjustice.net
Phone: (202) 797-8600

Attorney: Leila Nasrolahi
Address: Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
E-mail: lnasrolahi@publicjustice.net
Phone: (510) 622-8150

Attorney: Linda Correia
Address: Correia & Puth PLLC
1400 16th Street NW #450
Washington, DC 20036
E-mail: lcorreia@correiaputh.com
Phone: (202) 602-6500

Attorney: Andrew Adelman
Address: Correia & Puth PLLC
1400 16th Street NW #450
Washington, DC 20036
E-mail: aadelman@correiaputh.com
Phone: (202) 602-6500

Attorney: Joseph J. Wardenski
Address: Wardenski P.C.
134 West 29th Street, Suite 709
New York, NY 10001
E-mail: joe@wardenskilaw.com
Phone: (347) 913-3311

4

5

Attorney: Harper T. Segui
Address: Milberg Coleman Bryson Phillips Grossman, PLLC
825 Lowcountry Boulevard
Mount Pleasant, SC 29464
E-mail: hsegui@milberg.com
Phone: (919) 600-5000