# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 23, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1787,   <u>John Doe v. State of South Carolina</u>
              2:24-cv-06420-RMG

TO:   South Carolina Department of Education
      Ellen Weaver
      Berkeley County School District
      Anthony Dixon
      South Carolina State Board of Education
      State of South Carolina

RESPONSE DUE **BY NOON ON 07/25/2025**

Response is required to the motion to expedite appeal on or before 07/25/2025 at noon.

Cyndi Halupa, Deputy Clerk
804-916-2702