**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1787,     John Doe v. State of South Carolina
                 2:24-cv-06420-RMG

TO:     Appellants

RESPONSE DUE: 08/08/2025

Response is required to the motion to dismiss appeal on or before 08/08/2025.

Cyndi Halupa, Deputy Clerk
804-916-2702