No. 25-1787

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

JOHN DOE,
through his parents and next friends JIM DOE and JANE DOE,
*Plaintiff-Appellant,*

v.

STATE OF SOUTH CAROLINA, *et al.*,
*Defendant-Appellees.*

On Appeal from the United States District Court
for the District of South Carolina
Case No. 2:24-cv-06510
The Honorable Richard M. Gergel

## PLAINTIFF-APPELLANT JOHN DOE'S NOTICE OF REPLY IN SUPPORT OF MOTION FOR INJUNCTION PENDING APPEAL

Linda M. Correia
Andrew M. Adelman
CORREIA & PUTH PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com

Alexandra Z. Brodsky
Sean Ouellette
Patrick Archer
Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

Counsel for Plaintiff-Appellant
*Additional Counsel on Next Page*

Leila Nasrolahi
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
825 Lowcountry Boulevard
Mount Pleasant, SC 29464
(919) 600-5000
hsegui@milberg.com

# NOTICE OF REPLY

Plaintiff-Appellant John Doe notifies the Court, pursuant to Local Rule 27(d)(2), that he intends to file a reply in support of his motion for an injunction pending appeal by Thursday, July 31. John Doe respectfully requests that the Court not act on the motion for an injunction pending appeal until the reply is received.

July 29, 2025

Respectfully submitted,

/s/ *Alexandra Z. Brodsky*
Alexandra Z. Brodsky
Sean Ouellette
Patrick Archer
Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net
souellette@publicjustice.net
parcher@publicjustice.net
akimmel@publicjustice.net

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
 (510) 622-8150
lnasrolahi@publicjustice.net

1

Linda M. Correia
Andrew M. Adelman
CORREIA & PUTH PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
aadelman@correiaputh.com

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
825 Lowcountry Boulevard
Mount Pleasant, SC 29464
(919) 600-5000
hsegui@milberg.com