No. 25-1787

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

JOHN DOE, ET AL.,
*Plaintiffs-Appellants*,

v.

STATE OF SOUTH CAROLINA, ET AL.,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of South Carolina
Case No. 2:24-cv-06420-RMG

## DEFENDANTS-APPELLEES' NOTICE OF REPLY IN SUPPORT OF MOTION TO DISMISS

Joseph D. Spate
*Deputy Solicitor General*
SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
1000 Assembly St.
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Defendants-Appellees State of South Carolina; South Carolina State Board of Education; South Carolina Department of Education; and Ellen Weaver, in her official capacity as South Carolina Superintendent of Education*

Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 West Washington Street / Suite 400
Greenville, SC 29601
(864) 373-2300
miles.coleman@nelsonmullins.com

*Counsel for Defendants-Appellees South Carolina State Board of Education; South Carolina Department of Education; Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; Berkeley County School District; and Anthony Dixon, in his official capacity as Superintendent of Berkeley County School District*

## NOTICE OF REPLY

Defendants-Appellees notify the Court, pursuant to Local Rule 27(d)(2), that they intend to file a reply in support of their motion to dismiss, (Dkt. 36-1), on or before August 7, 2025, which accords with the 7-day reply deadline prescribed by Federal Rule of Appellate Procedure 27(a)(4), and which would, in fact, conclude the briefing on the motion sooner than previously requested by the Court.[1] Defendants-Appellees respectfully request that the Court not act on the motion to dismiss until the reply is received.

[Signatures on following page]

---

[1] In the notice requesting a response to the motion to dismiss, the Court permitted Plaintiffs-Appellants until August 8, 2025, to file a response. (Dkt. 37.) If Plaintiffs-Appellants had fully availed themselves of the time afforded by this Court, that would have resulted in an August 15, 2025, reply deadline under Federal Rule of Appellate Procedure 27(a)(4). Now that a response was filed by Plaintiffs-Appellants on July 31, 2025, (Dkt. 39), the usual 7-day reply deadline falls on or before August 7, 2025, which is still a day less than the amount of time the Court already contemplated waiting for a response to the motion to dismiss.

1

August 1, 2025

Respectfully submitted,

s/ Joseph D. Spate
Thomas T. Hydrick
*Solicitor General*
Joseph D. Spate
*Deputy Solicitor General*
Benjamin M. McGrey
*Assistant Deputy Solicitor General*
SOUTH CAROLINA OFFICE OF THE
ATTORNEY GENERAL
1000 Assembly St.
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Defendants-Appellees State of South Carolina; South Carolina State Board of Education; South Carolina Department of Education; and Ellen Weaver, in her official capacity as South Carolina Superintendent of Education*

s/ Miles E. Coleman
Miles E. Coleman
NELSON MULLINS RILEY &
SCARBOROUGH LLP
2 West Washington Street / Suite 400
Greenville, SC 29601
(864) 373-2300
miles.coleman@nelsonmullins.com

*Counsel for Defendants-Appellees South Carolina State Board of Education; South Carolina Department of Education; Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; Berkeley County School District; and Anthony Dixon, in his official capacity as Superintendent of Berkeley County School District*