FILED: August 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1787
(2:24-cv-06420-RMG)

_____

JOHN DOE, a minor, by his parents and next friends; JIM DOE, parental natural guardian; JANE DOE, parental natural guardian

   Plaintiffs - Appellants

 and

THE ALLIANCE FOR FULL ACCEPTANCE

   Plaintiff

v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA STATE BOARD OF EDUCATION; SOUTH CAROLINA DEPARTMENT OF EDUCATION; BERKELEY COUNTY SCHOOL DISTRICT; ELLEN WEAVER, in her official capacity as South Carolina Superintendent of Education; ANTHONY DIXON, in his official capacity as Superintendent of Berkeley County School District

   Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the submissions relative to appellants' motion for an

injunction pending appeal and motion to expedite the appeal, the court grants the motion for an injunction pending appeal and denies the motion to expedite the appeal. Appellees are enjoined from enforcing or complying with the ban on transgender students using restrooms that match their gender identities during the pendency of this appeal only as it applies to appellant Doe. Further, upon consideration of appellees' motion to dismiss the appeal, the court denies the motion.

An opinion explaining the Court's action will follow the entry of this order.

Entered at the direction of Judge Agee with the concurrence of Chief Judge Diaz and Judge Harris.

                                                         For the Court

                                                        /s/ Nwamaka Anowi, Clerk