# No. 25-1787

## IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

JOHN DOE,
through his parents and next friends JIM DOE and JANE DOE
*Plaintiff-Appellant,*

v.

STATE OF SOUTH CAROLINA, *et al.*,
*Defendant-Appellees.*

On Appeal from the United States District Court
for the District of South Carolina
Case No. 2:24-cv-06510
The Honorable Richard M. Gergel

## MOTION OF PLAINTIFF-APPELLANT JOHN DOE FOR EXTENSION OF THE BRIEFING SCHEDULE

Linda M. Correia
Andrew M. Adelman
CORREIA & PUTH PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com

Alexandra Z. Brodsky
Sean Ouellette
Adele P. Kimmel
Patrick Archer
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net

Counsel for Plaintiff-Appellant
*Additional Counsel on Next Page*

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
825 Lowcountry Boulevard
Mount Pleasant, SC 29464
(919) 600-5000
hsegui@milberg.com

Plaintiff-Appellant John Doe requests a one-week extension of time to file his opening brief and the appendix, currently due in two days, and a commensurate extension of the deadline for Defendant-Appellees to file their response brief. Defendant-Appellees do not oppose this request.

John's opening brief and the appendix are currently due on August 20, 2025. The government's response is due on September 19, 2025. The proposed extension would set the deadlines as follows:

**Joint Appendix**: August 27, 2025

**Opening Brief**: August 27, 2025

**Response Brief**: September 26, 2025

**Reply Brief**: Within 21 days of service of response brief.

The extension would allow John time to revise his opening brief to address the implications of this court's August 15, 2025 opinion granting John's motion for an injunction pending appeal and denying the government's motion to dismiss for lack of jurisdiction. *See* ECF No. 43. The court's opinion addresses issues central to this appeal, including John's likelihood of success on the merits of his claims, irreparable harm, and the balance of equities. *See id.* at 16-18. It also addresses John's standing and the court's jurisdiction over this appeal. *See id.* at 7-15.

1

John requires more time to incorporate discussion of the court's analysis and finalize his opening brief due to conflicting travel and commitments of appellate counsel. John's lead appellate counsel is traveling internationally until August 22, and the attorney leading the appeal in her stead must prepare a response to an emergency motion for a stay pending appeal in in *Victim Rights Law Center v. United States Department of Education*, No. 25-1787 (1st Cir.), by August 25, 2025, at 5pm.

Although John previously filed a motion to expedite this appeal, the court's decision to grant his motion for an injunction pending appeal takes away, for John, much of the urgency that motivated his request for an accelerated schedule. *See* ECF No. 43 at 20. And a one-week extension will not prejudice the government, which does not oppose this request.

Accordingly, John respectfully requests that the court extend the briefing schedule by one week.

August 18, 2025						Respectfully submitted,

/s/ *Sean Ouellette*
Sean Ouellette
Alexandra Z. Brodsky
Adele P. Kimmel
Patrick Archer
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net
souellette@publicjustice.net
akimmel@publicjustice.net
parcher@publicjustice.net

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Phone: (510) 622-8150
lnasrolahi@publicjustice.net

Linda M. Correia
Andrew M. Adelman
Correia & Puth PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
aadelman@correiaputh.com

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001

(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
825 Lowcountry Boulevard
Mount Pleasant, SC 29464
(919) 600-5000
hsegui@milberg.com

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(a) because it contains 342 words. This motion complies with the typeface and typeset requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this brief has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Century Schoolbook font.

Dated: August 18, 2025           */s/ Sean Ouellette*
                                 Sean Ouellette
                                 *Counsel for Plaintiff-Appellant*

5