FILED: August 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1787
(2:24-cv-06420-RMG)

_____

JOHN DOE, a minor, by his parents and next friends; JIM DOE, parental natural guardian; JANE DOE, parental natural guardian

        Plaintiffs - Appellants

and

THE ALLIANCE FOR FULL ACCEPTANCE

        Plaintiff

v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA STATE BOARD OF EDUCATION; SOUTH CAROLINA DEPARTMENT OF EDUCATION; BERKELEY COUNTY SCHOOL DISTRICT; ELLEN WEAVER, in her official capacity as South Carolina Superintendent of Education; ANTHONY DIXON, in his official capacity as Superintendent of Berkeley County School District

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of appellees' motion for reconsideration or alternatively

a stay of the injunction pending appeal, the court denies the motion.

    Entered at the direction of Judge Agee with the concurrence of Chief Judge Diaz and Judge Harris.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk