No. 25-1787

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

JOHN DOE,
through his parents and next friends JIM DOE and JANE DOE,
*Plaintiff-Appellant,*

v.

STATE OF SOUTH CAROLINA, *et al.*,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of South Carolina
Case No. 2:24-cv-06510
The Honorable Richard M. Gergel

## MOTION TO WITHDRAW
## APPEARANCE OF COUNSEL PATRICK ARCHER

Pursuant to Local Rule 46(c), Plaintiff-Appellant John Doe respectfully moves to withdraw the appearance of Patrick Archer of Public Justice as counsel for Plaintiff-Appellant. As of August 29, 2025, Mr. Archer will no longer be employed with Public Justice. The remaining undersigned counsel will continue to represent the Plaintiff-Appellant in this case.

Dated: August 28, 2025　　　Respectfully submitted,

/s/ *Patrick Archer*
Patrick Archer
Alexandra Z. Brodsky
Sean Ouellette
Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
parcher@publicjustice.net
abrodsky@publicjustice.net
souellette@publicjustice.net
akimmel@publicjustice.net

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
(510) 622-8150
lnasrolahi@publicjustice.net

Linda M. Correia
Andrew M. Adelman
CORREIA & PUTH PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
aadelman@correiaputh.com

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
LEE SEGUI PLLC
825 Lowcountry Boulevard
Unit 101
Mount Pleasant, SC 29464
hsegui@leesegui.com