FILED: August 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1787
(2:24-cv-06420-RMG)

_____

JOHN DOE, a minor, by his parents and next friends; JIM DOE, parental natural guardian; JANE DOE, parental natural guardian

  Plaintiffs - Appellants

and

THE ALLIANCE FOR FULL ACCEPTANCE

  Plaintiff

v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA STATE BOARD OF EDUCATION; SOUTH CAROLINA DEPARTMENT OF EDUCATION; BERKELEY COUNTY SCHOOL DISTRICT; ELLEN WEAVER, in her official capacity as South Carolina Superintendent of Education; ANTHONY DIXON, in his official capacity as Superintendent of Berkeley County School District

  Defendants - Appellees

_____

O R D E R

_____

  The court grants the motion to withdraw the appearance of Patrick Archer from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk