No. 25-1787

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

JOHN DOE,
through his parents and next friends JIM DOE and JANE DOE,
*Plaintiff-Appellants*,

v.

STATE OF SOUTH CAROLINA, *et al.*,
*Defendant-Appellees.*

---

On Appeal from the United States District Court
for the District of South Carolina
Case No. 2:24-cv-06510
The Honorable Richard M. Gergel

---

## STIPULATED DISMISSAL

---

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties have stipulated and agreed to the voluntary dismissal of this appeal, with each party bearing its own costs.

October 16, 2025

Respectfully submitted,

/s/ *Alexandra Z. Brodsky*
Alexandra Z. Brodsky
Sean Ouellette
Adele P. Kimmel
PUBLIC JUSTICE
1620 L Street NW
Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net
souellette@publicjustice.net
akimmel@publicjustice.net

Leila Nasrolahi
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Phone: (510) 622-8150
lnasrolahi@publicjustice.net

Linda M. Correia
Andrew M. Adelman
Correia & Puth PLLC
1400 16th Street NW #450
Washington, DC 20036
(202) 602-6500
lcorreia@correiaputh.com
aadelman@correiaputh.com

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 913-3311
joe@wardenskilaw.com

Harper T. Segui
LEE SEGUI PLLC
825 Lowcountry Boulevard
Unit 101
Mount Pleasant, SC 29464
(919) 600-5000
hsegui@leesegui.com

*Counsel for Plaintiff-Appellants*

/s/ *Joseph D. Spate*
Thomas T. Hydrick
*Solicitor General*
Joseph D. Spate
*Deputy Solicitor General*
SOUTH CAROLINA OFFICE OF THE
ATTORNEY GENERAL
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Defendant-Appellees State
of South Carolina; South Carolina
Board of Education; South Carolina
Department of Education; and Ellen
Weaver, in her official capacity as
South Carolina Superintendent of
Education*

/s/ *Miles E. Coleman*
Miles E. Coleman
NELSON MULLINS RILEY &
SCARBOROUGH LLP
2 West Washington Street
Suite 400
Greenville, SC 29601
(864) 373-2300
miles.coleman@nelsonmullins.com

*Counsel for Defendant-Appellees South Carolina State Board of Education; South Carolina Department of Education; Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; and Anthony Dixon, in his official capacity as Superintendent of Berkeley County School District*