FILED: October 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1787

(2:24-cv-06420-RMG)

_____

JOHN DOE, a minor, by his parents and next friends; JIM DOE, parental natural guardian; JANE DOE, parental natural guardian

        Plaintiffs - Appellants

and

THE ALLIANCE FOR FULL ACCEPTANCE

        Plaintiff

v.

STATE OF SOUTH CAROLINA; SOUTH CAROLINA STATE BOARD OF EDUCATION; SOUTH CAROLINA DEPARTMENT OF EDUCATION; BERKELEY COUNTY SCHOOL DISTRICT; ELLEN WEAVER, in her official capacity as South Carolina Superintendent of Education; ANTHONY DIXON, in his official capacity as Superintendent of Berkeley County School District

        Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*